UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1441

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No._____ |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF _KWH_ |
| ) | |
| v. ) | Title 8, U.S.C., Section 1324(a)(2)(B)(ii)- |
| ) | Bringing in Illegal Alien(s) for |
| Jesus MONTES-Delgado ) | Financial Gain |
| ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

### Count 1

On or about **May 5, 2008**, within the Southern District of California, defendant **Jesus MONTES-Delgado**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Marina Isabel GASPAR-Lopez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

_____
SIGNATURE OF COMPLAINANT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF May 2008.

_____
MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Marina Isabel GASPAR-Lopez** (herein referred to as **Material Witness**) is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 6, 2008 at approximately 2:58 pm, a male later identified as **Jesus Antonio MONTES-Delgado** (herein referred to as **Defendant**) applied for admission to the U.S. at the San Ysidro Port of Entry via lane 11 driving a white 1994 Nissan pickup truck bearing Mexican license BL91498. Accompanying **Defendant** as a passenger was female later identified as **Material Witness**. During the primary inspection, the Customs and Border Protection (CBP) Officer suspected that the **Defendant** and **Material Witness** presented imposter documents and subsequently referred the vehicle and its occupants to secondary inspection for further investigation. **Defendant** presented a valid B1/B2 Visa Border Crossing Card not lawfully issued to him. **Material Witness** presented a valid I-551 Permanent Resident Card not lawfully issued to her. Both subjects were identified as Mexican citizens with no legal rights to enter, pass through, or remain in the U.S.

On May 6, 2008 at approximately 6:36 pm, Immigration and Customs Enforcement (ICE) Special Agent (S/A) Pascua witnessed by ICE S/A Bettencourt conducted a videotaped interview of **Defendant**. **Defendant** was advised of his Miranda Rights, and acknowledged his rights both verbally and in writing. **Defendant** signed a written waiver of his rights, and agreed to answer questions without an attorney present. **Defendant** stated he is a Mexican citizen by virtue of birth in Tijuana, Mexico with no legal right to enter, pass through, or remain in the U.S. **Defendant** stated he knows that it is illegal to smuggle undocumented aliens into the U.S. **Defendant** stated he knew **Material Witness** did not have documents to enter the U.S. **Defendant** stated that if successful, he was to be paid $700.00 for smuggling **Material Witness**.

During a videotaped interview, **Material Witness** stated she is a citizen of Mexico, by virtue of birth in Minatitlan, Veracruz, Mexico with no legal right to enter, pass through or remain in the United States. **Material Witness** stated she was to pay a smuggling fee of $2,800 USD. **Material Witness** stated she was going to San Ysidro, California.